**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 10-2302**

―――――――――

JOSEPH H. CHRISTIAN,

            Plaintiff - Appellant,

      v.

VOUGHT AIRCRAFT INDUSTRIES, INCORPORATED; VOUGHT AIRCRAFT
SALARIED DISABILITY INCOME PLAN,

            Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
Chief District Judge.  (5:09-cv-00186-FL)

―――――――――

Submitted:  May 31, 2011            Decided:   July 20, 2011

―――――――――

Before GREGORY and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Joseph H. Christian, Appellant Pro Se.  Jason Elliott, Ellen L.
Perlioni, MORGAN, LEWIS & BOCKIUS, LLP, Dallas, Texas; Kevin
Scott Joyner, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC,
Raleigh, North Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph H. Christian appeals the district court's order granting Defendants' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Christian v. Vought Aircraft Indus., Inc., No. 5:09-cv-00186-FL (E.D.N.C. Oct. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED